# RAWLE & HENDERSON LLP

**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/28/2022__

ANTHONY D. LUIS
212-323-7063
bkanter@rawle.com

The Nation's Oldest Law Office · Established in 1783

www.rawle.com

14 WALL STREET
27TH FLOOR
NEW YORK, NY 10005

TELEPHONE:(212) 323-7070
FACSIMILE:(212) 323-7099

November 23, 2022

Via CM/ECF
**Hon. Katharine H. Parker**
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

> **APPLICATION GRANTED:** The Initial Case Management Conference scheduled for Monday, November 28,022 at 10:00 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Thursday, February 9, 2023 at 11:45 a.m.</u>
> **The Defendants are directed to serve a copy of this endorsement on the Plaintiffs.**
>
> APPLICATION GRANTED
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 11/28/2022

Re:   Ayassi v. Newman, et al.
       Case No. 1:22-cv-07139-LAK-KHP
       R&H File No. 805414

Dear Magistrate Judge Parker:

By way of introduction, we represent the defendants in the above referenced action. By Initial Case Management Conference Order dated August 24, 2022, an Initial Case Management Conference was scheduled for Monday, November 28, 2022, at 10:00 a.m. The Order directed that the defendants serve a copy of the Order and a copy of the Notice of Removal on the plaintiff.

While a copy of the Notice of Removal was served on plaintiff's counsel on August 22, 2022 – the date it was filed with this Court – we did not timely serve a copy of the Order due to a clerical error. As such, plaintiff's counsel was first made aware of the Order and the scheduling of the Initial Case Management Conference yesterday. The parties have not conferred for a Rule 26(f)/Rule 16(b) conference, served Rule 26(a) initial disclosures, nor filed a Report of Rule 26(f) Meeting and Proposed Case Management plan as required by the Order.

We apologize to the Court for our lapse and for any delay resulting therefrom. We have consulted plaintiff's counsel and, given the situation, we, jointly on behalf of all parties, respectfully request a one (1) month adjournment of the Initial Case Management Conference, and associated deadlines, so that the parties may comply with the Initial Case Management Conference Order.

The parties would also like to take the time offered by an adjournment to begin exploring early settlement of this action.

16551123-1

November 23, 2022
Page 2

We thank the Court for its time and courteousness in this matter. Should there be any questions or concerned, please do not hesitate to contact the undersigned.

                        Respectfully submitted,

                        Rawle & Henderson LLP

                        By: *[signature]*
                             Anthony D. Luis

ADL:BK

CC via Email:
Lozner & Mastropietro
1901 Emmons Avenue
Suite 206
Brooklyn, NY 11235
legaldocs@lmlawnyc.com

16551123-1