USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TAREK B. AYASSI,

                              Plaintiff,

      -against-

KENNETH NEWMAN and J. B. HUNT
TRANSPORT, INC.,

                             Defendants.
------------------------------------------------------------------X

**22-CV-7139 (JHR) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On June 27, 2023, the parties appeared for a Case Management Conference. By **September 8, 2023**, the parties shall file a joint status letter, updating the Court on their status with discovery.

        **SO ORDERED.**

DATED:      New York, New York
                June 28, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge