# MEMO ENDORSED

**LOZNER & MASTROPIETRO**
Attorneys at Law

David V. Lozner
Dino Mastropietro
James P. Benintendi
Steven T. Schwartz

The Lundy's Building
1901 Emmons Avenue, Suite 206
Brooklyn, New York 11235

tel: 718-615-0044
fax: 718-615-0722

office@LMlawNYC.com
www.LMlawNYC.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/06/2023

August 29, 2023

Honorable Katharine H. Parker
U.S. Courthouse
500 Pearl Street, Room 750
New York, NY 10007

      Re: Ayassi, Tarek v JB Hunt Transport, Inc.,
        Docket No. 1:22-CV-07139-LAK-KHP
        Our File No. 2286520

Dear Judge Parker:

  Pursuant to your Case Management and Scheduling Order dated February 10, 2023, Local Civil Rule 37.2 and your Individual Practice Rules, plaintiff respectfully requests a conference with the Court wherein plaintiff will seek to move under Rule 26 and Rule 37 for defendants' failure to disclose and/or preserve dashcam video and defendants' failure to respond to plaintiff's Interrogatories and Request for Production dated March 31, 2023.

  As a result of the defendants' failures, party depositions which were scheduled for June and July, 2023 were not conducted. Plaintiff has conferred in good faith with opposing counsel, notwithstanding, the discovery remains outstanding.

  Thank you for your courtesy in this matter.

          Respectfully submitted,
          Lozner & Mastropietro

          *Dino Mastropietro*

          Dino Mastropietro

DM/

cc:
Rawle & Henderson, LLP
Attorney for Defendant(s)
Kenneth Newman & JB Hunt Transport, Inc.
14 Wall Street,   27th Floor
New York, NY 10005
Tel: (212) 323-7070
File No.: 805414

**A telephonic Discovery Conference in this matter is hereby scheduled for <u>Tuesday, September 19, 2023 at 12:15 p.m.</u>   Counsel is directed to call Judge Parker's teleconference line at the scheduled time.  <u>Please dial (866) 434-5269, access code: 4858267.</u>**

SO ORDERED:

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

09/06/2023