```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

TAREK B. AYASSI,

                                  Plaintiff,

         -against-

KENNETH NEWMAN and J. B. HUNT
TRANSPORT, INC.,

                                Defendants.
----------------------------------------------------------------X

22-CV-7139 (JHR) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed in the September 19, 2023 case management conference, Plaintiff shall produce remaining documents by **September 26, 2023**.

      Affirmative expert reports are due **December 31, 2023**. Rebuttal reports are due **February 15, 2024**.

      By **November 9, 2023**, the parties shall file a joint status letter with the Court.

      SO ORDERED.

DATED:    New York, New York
               September 19, 2023

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge