USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TAREK B. AYASSI,

                              Plaintiff,

      -against-

KENNETH NEWMAN and J. B. HUNT
TRANSPORT, INC.,

                            Defendants.
-----------------------------------------------------------------X

22-CV-7139 (JHR) (KHP)

**(CORRECTED) ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed in the September 19, 2023 case management conference, *Defendant* shall produce remaining documents by **September 26, 2023**.

Affirmative expert reports are due **December 31, 2023**. Rebuttal reports are due **February 15, 2023**.

By **November 9, 2023**, the parties shall file a joint status letter with the Court.

SO ORDERED.

DATED:    New York, New York
              September 25, 2023

KATHARINE H. PARKER
United States Magistrate Judge