```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TAREK B. AYASSI,

                         Plaintiff,

      -against-

KENNETH NEWMAN and J. B. HUNT
TRANSPORT, INC.,

                       Defendants.
-----------------------------------------------------------------X

**22-CV-7139 (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties appeared before the undersigned for a case management conference on April 23, 2024. As discussed at the conference, it hereby ordered:

- The 30(b)(6) deposition of Defendant must occur before **Friday, June 7. 2024**

- Plaintiff is directed to serve a formal 30(b)(6) deposition notice on Defendant J.B. Hunt Transport by **Monday, May 6, 2024**, seeking testimony on the following topics as ordered by the Court:

    - Defendant's policies and procedures with respect to maintenance of its trucks from September 2019 to September 2021;
    - Defendant's training provided to Kenneth Newman and all other drivers employed by Defendant from September 2019 through September 2020;
    - Defendant's corrective actions towards, or training provided to, Kenneth Newman from September 2020 through September 2021 and any corrective training or discipline of Newman in response to the accident at issue in this case;
    - Defendant's dispatch protocols, including Kenneth Newman's routes, hours worked, limitations on work hour or requirements for rest periods, and schedule for the period from September 2019 to September 2020;
    - Defendant's protocols and rules governing drivers' work and break schedules for the time period September 2019 through September 2020.

- By **Friday, May 10, 2024**, Defendant will produce the employee handbook in effect on September 2020, the handwritten incident report prepared after the accident on September 15, 2020, and the Department of Transportation Manual given to drivers employed during the period September 2019 through September 2020.

- Fact discovery will conclude on **Friday, May 31, 2024**.  Affirmative expert reports are due by **June 28, 2024**.  Rebuttal expert reports are due by **July 31, 2024**.

- The parties will submit a joint status letter to provide an update to the Court on the progress of discovery by **Friday, May, 31, 2024**

**SO ORDERED.**

DATED:     New York, New York
           April 24, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge