```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/3034
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TAREK B. AYASSI,

                              Plaintiff,

      -against-

KENNETH NEWMAN and J. B. HUNT
TRANSPORT, INC.,

                             Defendants.
----------------------------------------------------------------X

**22-CV-7139 (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Court, having been advised that the parties have reached a settlement in principle, ORDERS that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action within 30 days of the date of this Order if the settlement is not consummated.  **To be clear, any application to reopen must be filed by Wednesday, October 30, 2024; any such application filed thereafter may be denied solely on that basis.**  Further, requests to extend the deadline to reopen are unlikely to be granted.  If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court.  Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.  Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is directed to CLOSE the case.

**SO ORDERED.**

Dated: New York, New York
       September 30, 2024

                                                                  KATHARINE H. PARKER
                                                                  United States Magistrate Judge

2